IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Cabrera,            )<br>               Plaintiff,     )<br>vs.                      )<br>Joseph A. Arpaio,        )<br>               Defendant.  )<br>_____) | CV 05-2454-PHX<br><br>**ORDER** |

On August 15, 2005 Plaintiff filed this civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. #1). On July 18, 2006 Magistrate Judge Marshall issued a Report and Recommendation ("R&R") recommending that the Complaint be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute (Doc. #5). No objections were filed by either party.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District

1 courts are not required to conduct "any review at all . . . of any issue that is not the subject
2 of an objection."  Thomas v. Arn, 474 U.S. 140, 149 (1985).  No objection having been
3 made, the Court will adopt the R&R in full.

4     Accordingly,

5     **IT IS ORDERED** that the Report and Recommendation (Doc. #5) is **ADOPTED** and
6 that the action be dismissed in its entirety with prejudice**.**

7     DATED this 7th day of August, 2006.

Roslyn O. Silver
United States District Judge